No. 74–379. OHIO *v.* ARTHUR ANDERSEN & CO. ET AL. C. A. 10th Cir. Certiorari denied.

No. 74–393. BRANTLEY ET AL. *v.* UNION BANK & TRUST CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 74–397. FORGY *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 74–398. PLAN FOR ARCADIA, INC. *v.* ANITA ASSOCIATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 74–400. BALLAS *v.* McKIERNAN ET AL. Ct. App. N. Y. Certiorari denied.

No. 74–401. VULCAN FORGING CO. *v.* DAHLBERG, SIMON, JAYNE, WOOLFENDEN & GAWNE. Ct. App. Mich. Certiorari denied.

No. 73–462. CAPPADONA *v.* NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 74–5004. CRAWLEY *v.* UNITED STATES; and

No. 74–5038. JONES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 498 F. 2d 1398.

No. 74–5006. PROFFITT *v.* BECKER, CHIEF JUDGE, U. S. DISTRICT COURT, ET AL. C. A. 8th Cir. Certiorari denied.